### THESSALONIA B. PRINCE *v.* COMMISSIONER OF CORRECTION (14738)

Heiman, Spear and Hennessy, Js.

Argued January 11—decision released February 13, 1996

*Ronald A. Stone*, special public defender, for the appellant (petitioner).

*Robert J. Scheinblum*, deputy assistant state's attorney, with whom, on the brief, were *Michael Dearington*, state's attorney, and *John Dropick*, assistant state's attorney, for the appellee (respondent).

PER CURIAM. The judgment is affirmed.